IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02642-MSK-KLM

JON KURYLOWICZ; and
MARY KURYLOWICZ, individually; as surviving parents and heirs of Katherine M. Kurylowicz, deceased, a minor, and as the statutory beneficiaries of the previously filed wrongful death action for the death of Katherine M. Kuryowicz, deceased,

    Plaintiffs,

v.

TOYOTA MOTOR CORPORATION, a Japanese corporation;
TOYOTA MOTOR SALES, U.S.A. INC., a California corporation;
TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., believed to be a Kentucky corporation, formerly known as Toyota Technical Center, U.S.A., Inc.;
ERIC TAIRA, a citizen of California;
DIAN OGILVIE, a citizen of California; and
ALICIA McANDREWS; a citizen of California,

    Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

---

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 27th day of November, 2009.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge